UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHANIEL WILLIAMS,<br><br>    Plaintiff,<br>    v.<br>TIM GARRETT, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-00567-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Nathaniel Williams initiated this action with an application to proceed *in forma pauperis*, and a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) Williams has now filed a motion requesting that the Court dismiss this case without prejudice. (ECF No. 8.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Williams's complaint has not been served on the Defendants, and, thus, the Defendants have not filed an answer or a motion for summary judgment. Accordingly, the Court grants Williams's motion to voluntarily dismiss this action without prejudice.

It is therefore ordered that Williams's motion for voluntary dismissal without prejudice (ECF No. 8) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that Williams's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

It is further ordered that Williams's motions related to filing a longer than standard first amended complaint (ECF Nos. 3, 4) are denied as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 18th Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE